IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03249-LTB-SBP

DESTINIE BASKERVILLE,

    Plaintiff,

v.

ARCHITECTURAL SURFACE INC.,
CORPORATION SERVICE CO., dba AEROTEK,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2023, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of November, 2023.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/   C. Cuenca
            Deputy Clerk